JACOB WAXMAN, Respondent, v. ISIDOR LANDAU, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM SHERRILL, Appellant. Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MORRIS STEINHARDTER and Another, Appellants, v. A. LEOPOLD AUERBACH and Another, Copartners, etc., Respondents.— Order modified by allowing service of " amended " answer instead of " supplemental " answer, and as so modified affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of HUGH P. ORORKE and Others, Appellants, for a Determination, etc., " Old Kingsbridge Road, etc.," Borough of the Bronx, City of New York. MARGARET M. GLEASON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

J. BRADFORD ERB and Others, Appellants, v. PETROLEUM CORPORATION OF AMERICA and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LILLIE ARESONI, Respondent, v. JESSIE ULLREY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JENNIE B. HANSEN, Respondent, v. HAROLD C. HANSEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOLOMON GOLUB, Respondent, v. ALBERT B. HISE, Appellant. (2 cases.)— Orders reversed, with ten dollars costs and disbursements, and motions granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNION SMOKED FISH COMPANY, INC., Respondent, v. TILLAMOOK BAY FISH COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENA S. KASTENBAUM, Respondent, v. SAMUEL KASTENBAUM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HOISTING MACHINERY COMPANY, Appellant, v. ELDERFIELDS RESERVATION, INC., Respondent.— Order modified by striking out the provision allowing defendant to file an amended answer, and as so modified affirmed without costs, on the ground that the notice of motion contained no request for such relief, and no proposed amended answer was attached to the motion papers. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.